UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

FENSKE, PETER JOHN
FENSKE, DANIELLE REINE

Debtor(s)

CASE NO. 10-01341 JDP

CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS

DATE OF 341(a) MEETING: 06/04/10            LOCATION OF MEETING: Boise
NAME OF TRUSTEE: Jeremy Gugino              DATE CASE FILED: 05/06/10

DIGITAL RECORDER TRACK NO. 110

DEBTOR(S): (x) SWORN & EXAMINED  ( ) DID NOT APPEAR
DEBTOR(S) PROVIDED PROPER PHOTO I.D. AND SOCIAL SECURITY DOCUMENTATION AS BELOW:
  IDENTITY: [x] Drivers Lic.  [ ] U.S. passport  [ ] State picture ID  [ ] legal resident alien card
  SS#: [x] SS Card  [ ] Pay Stub  [ ] W-2 form  [ ] other: _____
  DEBTOR ADDRESS CHANGE: _____
PRIOR BANKRUPTCY: [ ] Yes  Date: _____  State: _____  [x] No
DEBTOR'S ATTORNEY: (X) PRESENT  ( ) NOT PRESENT  ( ) PRO SE
CREDITORS APPEARING: (x) NONE

**ACTION ITEMS:**
a.  ( )  341(a) Meeting Continued to: _/ /_____
b.  ( )  I.D. and / or SS information incorrect or missing, report attached.
c.  ( )  Dismiss for Failure of Debtor and/or Attorney to Appear
d.  ( )  Discharge Information Given to Debtor
e.  ( )  Unscheduled Assets Identified:

GENERAL COMMENTS
( x )  DEBTOR(S) IDENTITY AND SOCIAL SECURITY DOCUMENTATION MATCH PETITION
( x )  DEBTOR(S) EXAMINED
( x )  SCHEDULES AND STATEMENT OF AFFAIRS FILED
( x )  STATEMENT OF INCOME AND EXPENDITURES FILED
( x )  DEBTOR(S) INFORMED OF FAILURE TO COOPERATE WITH TRUSTEE OR U.S. TRUSTEE OR SUBMIT REQUIRED REPORTS CONSTITUTE GROUNDS FOR DISMISSAL

/S/ JEREMY J. GUGINO, TRUSTEE
DATE: June 4, 2010

INITIAL STATUS REPORT, 341(a) MINUTES - NO ASSET